THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BAYDR TAYLOR, Appellant. [17 NYS3d 885]—Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Rienzi, J.), rendered May 3, 2012, convicting him of attempted murder in the second degree and criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Sanders*, 25 NY3d 337, 340 [2015]; *People v Bradshaw*, 18 NY3d 257, 265 [2011]; *People v Lopez*, 6 NY3d 248, 256-257 [2006]; *People v Avendano*, 119 AD3d 597, 598 [2014]; *People v Floyd*, 112 AD3d 963 [2013]; *People v Jones*, 106 AD3d 1106 [2013]; *People v Sommerville*, 104 AD3d 880 [2013]) and, thus, does not preclude review of his excessive sentence claim. However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The defendant's contention that he was improperly sentenced as a second felony offender is unpreserved for appellate review since he did not contest or controvert his status as a second

felony offender when he had the opportunity to do so at the sentencing hearing (*see* CPL 470.05 [2]; *People v Samms*, 95 NY2d 52, 57 [2000]; *People v Smith*, 73 NY2d 961, 962-963 [1989]; *People v Moshier*, 110 AD3d 832, 833 [2013]; *People v Simmons*, 73 AD3d 1095, 1096 [2010]; *People v Delston*, 30 AD3d 536 [2006]).

The defendant's remaining contention is without merit.

Rivera, J.P., Balkin, Dickerson and Cohen, JJ., concur.